# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

GILDARDO ROGELIO ESCOBAR SALGADO, *et. al.*,

    Petitioners,

v.

JOHN MATTOS, *et al.*,

    Respondents.

Case No. 2:25-cv-01872-RFB-EJY

**ORDER**

    Petitioners Gildardo Rogelio Escobar Salgado, Juan Jose Mena Vargas, and Alejandro Reyes Lopez, immigration detainees, have filed a counseled Petition for Writ of Habeas Corpus. (ECF No. 1). Following a preliminary review of the Petition, the Court directs that the Petition be served on Respondents and orders Respondents to file a response. Additionally, the Court finds that the instant Petition is related to two putative habeas class actions pending before this Court in Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-BNW.

    Therefore, **IT IS HEREBY KINDLY ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1), the exhibit (ECF No. 1-2), and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1), the exhibit (ECF No. 1-2), and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** a copy of the Petition (ECF No. 1), the exhibit (ECF No. 1-2), and this

Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    1) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

    2) Jason Knight, Acting Las Vegas Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

    3) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

    4) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

4. **ADMINISTRATIVELY RELATE** this matter to Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-BNW.

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1), the exhibit (ECF No. 1-2), and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that counsel for Respondents file a notice of appearance within 3 days of the date of this Order and file and serve their response to the Petition within 7 days of the date of this Order, unless additional time is allowed for good cause shown.

**IT IS FURTHER ORDERED** that Petitioners have 5 days following the filing of the response to file a reply, if desired.

**IT IS FURTHER ORDERED** that Local Rule LR 7-2(b) governs the scheduling for responses and replies to motions filed by either party.

**DATED:** October 3, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**