# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gildardo Rogelio ESCOBAR Salgado, Juan José MENA Vargas, and Alejandro REYES López<br>PETITIONERS,<br><br>v.<br><br>John Mattos, et. al. | )<br>)<br>) MOTION FOR PRO HAC VICE<br>)<br>)<br>)<br>) Civil Action No. 2:25-cv-01872- -<br>) |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of <u>Marti L. Jones</u>. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**DATED**: October 9, 2025.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Filename: | Escobar Pro Hac Vice Proposed Order Jones.docx |
| Directory: | C:\Users\mlj\Downloads |
| Template: | C:\Users\mlj\AppData\Local\Packages\Microsoft.Office.Desktop_8wekyb3d8bbwe\LocalCache\Roaming\Microsoft\Templates\Normal.dotm |
| Title: | |
| Subject: | |
| Author: | Tiffany Brown |
| Keywords: | |
| Comments: | |
| Creation Date: | 10/2/2025 12:12:00 PM |
| Change Number: | 2 |
| Last Saved On: | 10/2/2025 12:12:00 PM |
| Last Saved By: | Marti Jones |
| Total Editing Time: | 1 Minute |
| Last Printed On: | 10/2/2025 12:12:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 1 |
|    Number of Words: | 87 (approx.) |
|    Number of Characters: | 501 (approx.) |