## IN THE UNITED STATES DISTRICT
## COURT DISTRICT OF NEVADA

| | |
|---|---|
| Gildardo Rogelio ESCOBAR Salgado, Juan José MENA Vargas, and Alejandro REYES López         PETITIONERS, <br><br> v. <br><br> John Mattos, et. al. | ) <br> ) <br> )    MOTION FOR PRO HAC VICE <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:25-cv-01872- - <br> ) |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of

<u>Adam L. Crayk.</u>  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.


**DATED**: October 9, 2025.


RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Filename:            Pro Hac Vice Proposed Order Crayk.docx
Directory:           C:\Users\mlj\Downloads
Template:
                     C:\Users\mlj\AppData\Local\Packages\Microsoft.Office.Desktop_8wekyb3d8bbwe
     \LocalCache\Roaming\Microsoft\Templates\Normal.dotm
Title:
Subject:
Author:              Tiffany Brown
Keywords:
Comments:
Creation Date:       9/3/2025 12:28:00 PM
Change Number:       2
Last Saved On:       9/3/2025 12:28:00 PM
Last Saved By:       Marti Jones
Total Editing Time:  2 Minutes
Last Printed On:     10/2/2025 12:09:00 PM
As of Last Complete Printing
     Number of Pages:     1
     Number of Words:     87 (approx.)
     Number of Characters:        500 (approx.)